IN THE MATTER OF THE APPLICATION OF R. M. CAPLIN
TO BE ADMITTED TO THE BAR EXAMINATIONS OF
OCTOBER TERM.

Decided September 28, 1925.

**Applications Must be Made by Counselor-at-Law, Not by Student,
and on Opening Day of Court.**

Memorandum by the court:

This application is not made in form required by the rules
which prescribe that such application shall be made by a
counselor-at-law and in open court on affidavit or petition
verified by affidavit. The court cannot undertake to consider
these informal applications made orally and by students them-
selves at all sorts of times and places, and the proper conduct

of the business of the court requires that matters of this kind shall be brought up in a regular and formal way.

Any application to be made in this case should be made on the opening day of the October term, and by a counselor-at-law, based upon papers drawn and submitted in due form.